In the Matter of the Accounting of HUGH M. HEWSON, Deceased Committee of DOMINICK FARINA, an Incompetent Person.

JAMES F. DONOHUE, Special Guardian of DOMINICK FARINA, Respondent; GEORGE Y. HEWSON, as Administrator with the Will Annexed of the Estate of HUGH M. HEWSON, Deceased, et al., Appellants.

Argued November 21, 1938; decided January 10, 1939.

*Thomas E. White, R. Elliott Davis* and *John M. O'Rourke* for appellants.

*James F. Donohue,* special guardian, respondent.

*William A. Gillcrist* and *James A. Clark* for Veterans Administration.

Orders of Appellate Division and of Special Term reversed, with costs in all courts payable out of the estate of the incompetent, and proceedings remitted to the Supreme Court, Westchester county, for entry of appropriate order. (See *Matter of Smith,* 279 N. Y. 479.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.